JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA'LENNA CAPERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>　　　　Defendants. | Case No. 5:25-cv-00111-SB-BFM<br><br>ORDER OF DISMISSAL |

　　　　Plaintiff filed a complaint, pro se, on January 14, 2025, and requested to proceed in forma pauperis.  Dkt. Nos. 1, 3.  On February 6, 2025, upon screening the complaint under 28 U.S.C. § 1915(e)(2), the Court found that Plaintiff failed to state a claim and dismissed the complaint with leave to file an amended complaint by February 28, 2025.  Dkt. No. 8.  Plaintiff did not file an amended complaint by that date and instead requested an extension, which the Court granted, allowing her to file by March 28, 2025.  Dkt. Nos. 9, 10.  The Court warned Plaintiff, as it had when dismissing her complaint, that failing to file by that date "will be construed as an election to stand on her original complaint and will result in dismissal of all claims without prejudice."  Dkt. No. 10 at 4 (quoting Dkt. No. 8 at 4).  The deadline has passed, and Plaintiff has not filed an amended complaint.  Accordingly, as warned, this action is dismissed without prejudice.

Date: April 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge